■ WILLIAM REMSTEIN, Respondent, v. GENERAL ELECTRIC COMPANY, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Onondaga Special Term denying a motion by defendant to dismiss plaintiff's complaint on the ground that the claims had been released, which order was subsequently resettled by an order by the same Justice.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ GEORGE A. BALL, Respondent, v. S. AND D. MOTOR LINES, INC., Appellant.— Order insofar as appealed from affirmed, with $10 costs and disbursements. All concur. (Appeal from part of an order of Onondaga Special Term denying defendant's motion for summary judgment.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ JOHN A. COOPER, Doing Business as SUPERIOR DISTRIBUTING Co., Respondent, v. STELLA ZDZINSKI, Doing Business as FARMERS INN, Appellant. — Order affirmed, with $10 costs and disbursements. All concur. (Appeal by defendant from an order of Erie Special Term modifying an order of Buffalo City Court dismissing plaintiff's complaint, which modification permitted plaintiff to serve and file an amended complaint.) Present — Kimball, J, P., Williams, Bastow, Goldman and Halpern, JJ.

■ EMILY W. TORPEY et al., Respondents, v. DUFFY-MOTT COMPANY, INC., et al., Appellants.— Order affirmed, with $10 costs and disbursments. All concur. (Appeals from order of Monroe Special Term denying separate motions by the two defendants for a preclusion order or, in the alternative, for an order directing plaintiffs to serve a further bill of particulars.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ GUSTAV ERBE, JR., Individually and as Executor and Trustee of GUSTAV ERBE, Deceased, et al., Appellants, v. LINCOLN ROCHESTER TRUST COMPANY, Individually and as Executor and Trustee of GUSTAV ERBE, Deceased, et al., Respondents. GUSTAV ERBE, JR., et al., Individually and as Administrators, C. T. A. of the Estate of FREDERICK G. ERBE, Deceased, et al., Appellants, v. LINCOLN ROCHESTER TRUST COMPANY et al., Respondents.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Monroe Special Term denying a. motion by plaintiffs to consolidate the two actions.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ GUSTAV ERBE, JR., Individually and as Executor and Trustee of GUSTAV ERBE, Deceased, et al., Appellants. v. LINCOLN ROCHESTER TRUST COMPANY, Individually and as Executor and Trustee of GUSTAV ERBE, Deceased, et al., Respondents.— Order affirmed, with $10 costs and disbursements. Memorandum: Without attempting at this time to determine the sufficiency of the defense as pleaded, we believe that the defense should properly remain in the answer for disposition at the trial. All concur. (Appeal from an order of Monroe Special Term denying plaintiffs' motion to strike out an affirmative defense contained in the answer of defendant Lincoln Rochester Trust Co.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ BERNICE M. WAKEFIELD, Appellant, v. WILLIAM E. WAKEFIELD, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Allegany Special Term amending the judgment of divorce by awarding custody of the two infant children of the marriage to defendant.) Present — Kimball, J. P., Willams, Bastow, Goldman and Halpern, JJ.